**DENIED and Opinion Filed March 2, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00141-CV

### IN RE WILLIE JAMES CHAPPLE, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-1218**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Pedersen, III

Before the Court is relator's February 16, 2023 petition for writ of mandamus.

We deny the petition.

Relator's petition is not properly certified. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Relator's petition also fails to comply with the Texas Rules of Appellate Procedure in multiple other respects. For example, relator's petition does not include any of the following as required by rule 52.3: the identity of the parties and counsel; a table of contents; an index of authorities; a statement of the case; a statement of jurisdiction; the issues or points presented; a statement of facts with record references; a clear and concise argument for the contentions made, with appropriate citations to authorities and to

the appendix or record; and a prayer with a short conclusion that clearly states the nature of the relief sought. *See* TEX. R. APP. P. 52.3(a)–(c), (d)(1)–(3), (e)–(i); *see also In re Chapple*, No. 05-22-00944-CV, 2022 WL 4396166, at *1 (Tex. App.—Dallas Sept. 23, 2022, orig. proceeding) (mem. op.). As a result, it is not clear what relief relator is seeking from this Court.

Accordingly, we deny the petition.


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230141F.P05